No. 89–2015. SISSETON-WAHPETON SIOUX TRIBE ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–2018. MURRAY ET AL. *v.* TRAVIS COUNTY DISTRICT COURT ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–2019. SCHEIDEGG *v.* FERGUSON. Sup. Ct. N. H. Certiorari denied.

No. 89–2020. WORLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–2022. VOGEL *v.* ELLIS (three cases). Ct. App. Ohio, Wyandot County. Certiorari denied.

No. 89–2023. RICHIE *v.* COUGHLIN, INDIVIDUALLY AND AS COMMISSIONER OF THE DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 89–2024. MUNOZ-FABELA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–2025. FIREMAN'S INSURANCE CO. ET AL. *v.* ARKANSAS STATE CLAIMS COMMISSION ET AL. Sup. Ct. Ark. Certiorari denied.

No. 89–2028. SANDS *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 89–2030. COMMISSIONER OF REVENUE SERVICES OF CONNECTICUT *v.* CALLY CURTIS CO. Sup. Ct. Conn. Certiorari denied.

No. 89–2031. CHUANG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–2032. KERN ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 89–6604. STRAND *v.* DEFENSE LOGISTIC AGENCY. C. A. 9th Cir. Certiorari denied.